Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM ) and C. MICHAEL L., a minor, by and ) and through his guardians ad litem, TERRY ) and SANDRA HILLBLOM, ) ) Plaintiffs, ) ) v. ) ) COUNTY OF FRESNO; FRESNO COUNTY ) SHERIFF'S DEPARTMENT; FRESNO ) COUNTY DEPUTY SHERIFF ROBERT ) CAREY; FRESNO COUNTY SHERIFF'S ) SERGEANTS KATHY CARREIRO and ) E. BROUGHTON; and DOES 1 through 50. ) ) Defendants. ) ) | No.  1:07cv01467 LJO SMS **STIPULATION TO CONTINUE HEARING DATE FOR CERTAIN DEFENDANTS' MOTION TO DISMISS** and **[PROPOSED] ORDER** **Date:  November 15, 2007 Time: 8:30 a.m. Courtroom:  4** |

COME NOW plaintiffs, Terry Hillblom, Sandra Hillblom and C. Michael L.,

and defendants County of Fresno and Richard Pierce, and agree and stipulate to

an order continuing the hearing date now set for these stipulating defendants'

*Stipulation and Proposed Order*                1

1  motion to dismiss.

2      The parties respectfully submit that there is good cause to continue the hearing

3  because the additional defendants, although all served in the action, have not yet

4  appeared.  The parties wish to conserve the Court's resources, and their own, by

5  litigating all at one time any Rule 12 or other pre-answer matters that any

6  defendant may raise.  Therefore, in order to permit the other defendants to

7  evaluate such issues and to make any such motions so that they can be

8  consolidated with the dismissal motion already on file, these parties, by and

9  through their respective counsel, are requesting the Court to continue the hearing

10  date for the 12(b)(6) motion now before it from November 15, 2007 to January 10,

11  2008.

12      IT IS SO STIPULATED.

13  DATED:      October 30, 2007          /s/ James D. Weakley
                                          JAMES D. WEAKLEY
14                                        Attorney for Defendants
                                          COUNTY OF FRESNO and
15                                        RICHARD PIERCE

16
17  DATED:      October 30, 2007          /s/ Patience Milrod
                                          PATIENCE MILROD
                                          Attorney for Plaintiffs
18
                            **[PROPOSED] ORDER**
19
20      Having reviewed the parties' stipulation, and good cause appearing

therefor,
21
22      IT IS HEREBY ORDERED that the Motion to Dismiss for Failure to State a

*Stipulation and Proposed Order*          2

1    Claim upon which Relief can be Granted, and Motion for More Definite Statement

2    filed by defendants County of Fresno and former Fresno County Sheriff Richard

3    Pierce be, and hereby is, continued from November 15, 2007 at 8:30 a.m. to January

4    10, 2008 at 8:30 a.m.

5        IT IS SO ORDERED.

6
     Dated:  11/5/07                          /s/ Lawrence J. O'Neill
7                                             HON. LAWRENCE J. O'NEILL
                                              Judge of the Eastern District
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*Stipulation and Proposed Order*              *3*