1 | James D. Weakley, Esq.      Bar No. 082853

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO, and E. BROUGHTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON, and DOES 1 through 50,<br><br>Defendants.<br>_____ | CASE NO.  1:07 cv 01467 LJO SMS<br><br>**STIPULATION TO WITHDRAW DEFENDANTS' EARLIER RULE 12(b) MOTION AND SUBSTITUTE EARLIER MOTION WITH A NEW RULE 12 MOTION AND ORDER**<br><br>Date: February 8, 2008<br>Time:<br>Dept:<br>Trial Date: TBD<br><br>Complaint Filed: July 23, 2007 |

COME NOW, Plaintiffs, TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY and SANDRA HILLBLOM, and defendants, COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON, (hereinafter, referred to as "defendants"), and agree and stipulate to withdraw defendants' previous Rule 12 motion filed on October 12, 2007, and pending in this Court, and substitute in its place a new Rule 12 motion. The parties respectfully submit that this stipulation is to accommodate for three additional defendants,

---
Stipulation To Withdraw and Substitute Pending Rule 12 Motion

namely, Fresno County Sheriff Robert Carey, Fresno County Sergeants Kathy Carreiro and E. Broughton, although named defendants in the Complaint, had not yet been served at the time the Rule 12 motion had been filed. It is hereby agreed that the withdrawal of the former Rule 12 pending in this Court does not waive any defenses the defendants may assert on this case.

The parties also agree to a hearing on this Motion for February 7, 2008. February 7, 2008 replaces the prior hearing date of January 10, 2008. The parties respectfully request that this Motion be heard at 10:00 a.m., or thereafter because plaintiffs' counsel has a prior scheduled trial confirmation in this Court.

**IT IS SO STIPULATED.**

DATED: December 17, 2007         Respectfully submitted,

                                 WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


                                 By:   /s/ James D. Weakley
                                       JAMES D. WEAKLEY
                                       Attorneys for Defendants

DATED: December 17, 2007         LAW OFFICE OF PATIENCE MILROD


                                 By:   /s/ Patience Milrod
                                       PATIENCE MILROD
                                       Attorney for Plaintiffs

IT IS SO ORDERED.

**Dated:   December 18, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

Stipulation To Withdraw and Substitute Pending Rule 12 Motion

2