Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM ) and C. MICHAEL L., a minor, by and and through his guardians ad litem, TERRY and SANDRA HILLBLOM, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF FRESNO; FRESNO COUNTY SHERIFF'S DEPARTMENT; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON; and DOES 1 through 50. <br><br> Defendants. | No.  1:07-CV-01467 LJO SMS <br><br> **STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE OPPOSITION TO RULE 12(b)(6) MOTION; DECLARATION OF PATIENCE MILROD; and ORDER** <br><br> Date:  February 7, 2008 <br> Time:  8:30 a.m. <br> Court:  Hon. Lawrence J. O'Neill |

COME NOW the parties, by and through their respective counsel, who

hereby stipulate that plaintiffs' time to respond to defendants' motion to dismiss

*Stipulation to extend time to file opposition to Rule 12(b)(6) motion*                    1

for failure to state a claim upon which relief can be granted and motion for more definite statement be extended to and through Thursday, January 24, 2008.

The parties respectfully submit that there is good cause for the requested extension.  Please see Declaration of Patience Milrod, *infra*.

IT IS SO STIPULATED.

Dated:  January 22, 2008                    /s/ James D. Weakley____
                                            JAMES D. WEAKLEY
                                            Attorney for Defendants

Dated:  January 21, 2008                    /s/ Patience Milrod_____
                                            PATIENCE MILROD
                                            Attorney for Plaintiffs

## DECLARATION OF PATIENCE MILROD

I, Patience Milrod, declare:

I am attorney of record for the plaintiffs in the within matter.  Plaintiffs' response to defendants' Rule 12(b)(6) motion is due January 22, 2008.

I have requested that Mr. Weakley stipulate to extended time, and he has agreed, on the ground that I was compelled on Wednesday and Thursday, January 16 and 17, to respond to a motion, brought *ex parte* rather than on notice, to intervene in a case under the California Environmental Quality Act in which I am lead counsel.  The motion was brought by the Los Angeles firm of Greenberg & Glusker on behalf of the leading organizations representing the California dairy industry; it was both lengthy and complex, and required intensive effort to rebut. The hearing on that matter engrossed the entire morning on January 18.  As a result of this unanticipated obligation, and pre-existing obligations and

*Stipulation to extend time to file opposition to Rule 12(b)(6) motion*                    2

commitments, I will be unable to complete the briefing for the plaintiff's

opposition to the defendants' motion herein until Thursday, January 24, 2008.

I declare under penalty of perjury under the laws of the State of California

that the foregoing is true and correct, and that this declaration is executed at

Fresno, California on January 21, 2008.

Dated:  January 21, 2008            /s/ Patience Milrod_____
                                    PATIENCE MILROD
                                    Attorney for Plaintiffs

**ORDER ON STIPULATION**

Having reviewed the parties' stipulation and supporting declaration, and

good cause appearing therefor,

IT IS HEREBY ORDERED that plaintiffs' time to respond to defendants'

motion to dismiss for failure to state a claim upon which relief can be granted and

motion for more definite statement be extended to and through Thursday, January

24, 2008.  The hearing on the motion, presently set for February 7, 2008, remains

unchanged.

IT IS SO ORDERED.


Dated:  ___January 22, 2008_____      _/s/ Lawrence J. O'Neill_____
                                        HON. LAWRENCE J. O'NEILL
                                        Judge of the Eastern District

*Stipulation to extend time to file opposition to Rule 12(b)(6) motion*                    3