James D. Weakley, Esq.        Bar No. 082853
Michael R. Linden, Esq.       Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM,<br><br>    Plaintiffs.<br><br>v.<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON, and DOES 1 through 50,<br><br>    Defendants. | CASE NO. 1:07- CV- 01467- LJO - SMS<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Current Date: 2-20-08<br>Time:        8:15 a.m.<br>Ctrm.:        4 |

WHEREAS, counsel for the defendants are unable to attend the currently scheduled Scheduling Conference on February 20, 2008, at 8:15 a.m., due to depositions scheduled in another matter.

///

///

///

---

Stipulation & Order to Continue Scheduling Conf

IT IS HEREBY STIPULATED AND AGREED, between the parties hereto, by and through counsel of record, that the Scheduling Conference currently set for February 20, 2008, at 8:15 a.m., in courtroom 4, will be continued to February 28, 2008, at 8:15 a.m., in courtroom 4.

DATED: February 6, 2008

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/ James D. Weakley
James D. Weakley
Attorneys for Defendants, COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON

DATED: February 6, 2008

LAW OFFICE OF PATIENCE MILROD

By:   /s/ Patience Milrod
Patience Milrod
Attorney for Plaintiffs, TERRY HILLBLOM, SANDRA HILLBLOM, and MICHAEL L., a minor, by and through his guardians ad litem, TERRY and SANDRA HILLBLOM

### **ORDER**

This Court prefers to conduct a scheduling conference after defendants have filed an answer. Plaintiffs' amended complaint is due no later than February 25, 2008. As such, this Court VACATES the February 20, 2008 scheduling conference and RESETS the scheduling conference to March 24, 2008 at 8:15 a.m. in Department 4 (LJO). The parties shall file a joint scheduling report no later than March 17, 2008.

IT IS SO ORDERED.

**Dated:   February 6, 2008**                        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation & Order to Continue Scheduling Conf

2