1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HILLBLOM, et al., | CASE NO. CV F 07-1467 LJO SMS |
| Plaintiffs, | **ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. / | |

This matter came on for a scheduling conference on March 24, 2008 in Department 4. Plaintiff appeared by counsel Patience Milrod. Defendants appeared by counsel James Weakley.

The parties and the Court discussed the status of the related case, *Srabian v. County of Fresno et. al*, CV-F-08-336 LJO GSA, and whether the case should be coordinated with the above-entitled action. For good cause shown and based on the status of the related case, this Court CONTINUES the scheduling conference to May 5, 2008 at 8:00 a.m. in Department 4. IT IS SO ORDERED.

**Dated:   March 24, 2008**                         **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

1