James D. Weakley, Esq.        Bar No. 082853
Michael R. Linden, Esq.       Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM,<br><br>        Plaintiffs.<br><br>    v.<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON, and DOES 1 through 50,<br><br>        Defendants.<br>_____ | CASE NO.  1:07- CV- 01467- LJO - SMS<br><br>**STIPULATION RE MODIFICATION OF SCHEDULING CONFERENCE ORDER;**<br><br>**ORDER**<br><br>*Settlement Conference hearing date changed. |

For the reasons set forth in the Declarations of the parties filed herewith, parties, through their counsel, desire to continue the following Scheduling Conference dates:

| | Current Date | Proposed New Date |
|---|---|---|
| Expert Disclosure: | February 27, 2009 | July 3, 2009 |
| Supplemental Expert Disclosure: | March 10, 2009 | July 31, 2009 |
| Nonexpert Discovery Cutoff: | February 13, 2009 | September 15, 2009 |
| Expert Discovery Cutoff: | April 17, 2009 | October 1, 2009 |
| Pretrial Motion Filing Deadline: | May 1, 2009 | October 16, 2009 |

---
Stipulation Re Modification of Scheduling Order

|  | Current Date | Proposed New Date |
|---|---|---|
| Pretrial Motion Hearing Deadline: | June 3, 2009 | November 20, 2009 |
| Settlement Conf.: | Date: April 20, 2009<br>Time: 10:00 a.m.<br>Dept.: 7 (SMS) | October 14, 2009  *<br>10:00a.m.<br>Dept. 7 (SMS) |

*parties selected Friday, Oct. 9, 2009 and court is not available that date.

| Pretrial Conf.: | Date: June 25, 2009<br>Time: 8:15 a.m.<br>Dept.: 4 (LJO) | December 3, 2009<br>8:15a.m.<br>Dept. 4 (LJO) |
|---|---|---|
| Jury Trial:<br>(8 days est.) | Date: August 3, 2009<br>Time: 8:30 a.m.<br>Dept.: 4 (LJO) | January 11, 2010<br>8:30 a.m.<br>Dept.: 4 (LJO) |

DATED: January 14, 2009     WEAKLEY, ARENDT & McGUIRE, LLP

By:   /s/ James D. Weakley
James D. Weakley
Attorneys for Defendants, COUNTY OF
FRESNO; former FRESNO COUNTY
SHERIFF RICHARD PIERCE; FRESNO
COUNTY DEPUTY SHERIFF ROBERT CAREY;
FRESNO COUNTY SHERIFF'S SERGEANTS
KATHY CARREIRO and E. BROUGHTON

DATED: January 14, 2009     LAW OFFICE OF PATIENCE MILROD

By:   /s/ Patience Milrod
Patience Milrod,
Attorney for Plaintiffs, TERRY HILLBLOM,
SANDRA HILLBLOM, and MICHAEL L., a minor,
by and through his guardians ad litem,
TERRY and SANDRA HILLBLOM

## ORDER

**Expert Disclosure Deadline:**            09/04/09
**Supp. Expert Disclosure Deadline:**      09/25/09
**Non-Expert Discovery Deadline:**         08/14/09
**Expert Discovery Deadline:**             11/06/09
**Non-Dispositive Motion Filing Deadline:** 11/06/09
**Dispositive Motion Filing Deadline:**    12/04/09
**Settlement Conference:**                 02/10/10, 10:00am, Ctrm. 7/SMS
**Pretrial Conference:**                   03/02/10,   8:30am, Ctrm. 4/LJO
**Trial:**                                 04/12/10,   8:30am, Ctrm. 4/LJO (JT ~ **8 days**)

IT IS SO ORDERED.

**Dated:    January 23, 2009**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE

Stipulation Re Modification of Scheduling Order

2