James D. Weakley, Esq.        Bar No. 082853
Michael R. Linden, Esq.       Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON, and DOES 1 through 50,<br><br>Defendants.<br>_____ | CASE NO. 1:07- CV- 01467- LJO - SMS<br><br>**STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING CONFERENCE ORDER** |

Plaintiffs TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM ("Plaintiffs") and defendants COUNTY OF FRESNO, RICHARD PIERCE, ROBERT CAREY, KATHY CARREIRO, and ERIC BROUGHTON ("Defendants") hereby stipulate to the following modification of the current scheduling order. The parties stipulate to extend the non-expert discovery deadline, currently set for August 14, 2009, to October 2, 2009. As set forth in the declaration of Defendants' counsel, good cause exists to extend non-expert discovery in this action. The parties have been meeting and conferring regarding discovery requests involving confidential information, and this process has been

---
Stipulation and Order Re Modification of Scheduling Order

1  lengthy.  Also, a key material witness is out-of-state, and as of yet has not been located.  As such,
2  good cause exists to extend non-expert discovery until October 2, 2009.

4  DATED: July 21, 2009          WEAKLEY, ARENDT & McGUIRE, LLP

                                 By:    /s/ Michael R. Linden
                                        James D. Weakley
                                        Michael R. Linden
                                        Attorneys for Defendants, COUNTY OF
                                        FRESNO; former FRESNO COUNTY
                                        SHERIFF RICHARD PIERCE; FRESNO
                                        COUNTY DEPUTY SHERIFF ROBERT CAREY;
                                        FRESNO COUNTY SHERIFF'S SERGEANTS
                                        KATHY CARREIRO and E. BROUGHTON

   DATED: July 21, 2009          LAW OFFICE OF PATIENCE MILROD

                                 By:    /s/ Patience Milrod
                                        Patience Milrod,
                                        Attorney for Plaintiffs, TERRY HILLBLOM,
                                        SANDRA HILLBLOM, and MICHAEL L., a minor,
                                        by and through his guardians ad litem,
                                        TERRY and SANDRA HILLBLOM

                                        **ORDER**

20 IT IS SO ORDERED.
21 Dated:   **July 27, 2009**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Re Modification of Scheduling Order