Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and C. MICHAEL L., a minor, by and and through his guardians ad litem, TERRY and SANDRA HILLBLOM,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF'S DEPARTMENT; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON; and DOES 1 through 50.<br><br>Defendants. | No.  1:07-CV-01467 LJO SMS<br><br>**STIPULATION AND ORDER RE:  MODIFICATION OF SCHEDULING ORDER**<br><br>\* Jury Trial Date changed:<br>   Proposed: September 28, 2010<br>   Ordered: September 27, 2010 |

Plaintiffs TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM ("Plaintiffs") and defendants COUNTY OF FRESNO, RICHARD

*Stipulation re:  Modification of Scheduling Order*                                                                                  1

1  PIERCE, ROBERT CAREY, KATHY CARREIRO, and ERIC BROUGHTON
2  ("Defendants") hereby stipulate to the following modification of the current
3  scheduling order.  As set forth in the accompanying declaration of plaintiffs'
4  counsel, good cause exists to modify the current scheduling order:  the parties
5  have been meeting and conferring regarding complex and difficult discovery
6  issues, but have not yet resolved all disputes.  Some just-resolved disputes only
7  now enable the parties to do deferred discovery.  The parties continue to work
8  together to resolve remaining disputes to avoid if possible the necessity of an
9  October 9 hearing on plaintiffs' motion to compel.

10  Therefore, the parties request the Court issue an Order making the
11  following changes to the Scheduling Order in this case:

12  Expert Disclosure:  from September 4, 2009 to **January 15, 2010**

13  Supplemental Expert Disclosure:  from September 25, 2009 to **February 5, 2010**

14  Nonexpert Discovery Cutoff:  from October 2, 2009 to **January 16, 2010**

15  Expert Discovery Cutoff:  from November 6, 2009 to **March 15, 2010**

16  Pretrial Non-Dispositive Motion Filing Deadline:  from November 6, 2009 to
17  **April 6, 2010**

18  Pretrial Dispositive Motion Filing Deadline:  from December 4, 2009 to
19  **May 4, 2010**

20  Pretrial Motion Hearing Deadline:  from none scheduled to **June 7, 2010,**
21  **8:30 a.m., Ctrm. 4, before District Judge Lawrence J. O'Neill.**

22  / / / / /

1    <u>Settlement Conference</u>:   from February 10, 2010 to **July 7, 2010, 11:00 a.m.,**

2    **Ctrm. 7, before Magistrate Judge Sandra M. Snyder;**

3    <u>Pretrial Conference</u>:   from March 2, 2010 to **August 2, 2010, 8:30 a.m., Ctrm.  4,**

4    **before District Judge Lawrence J. O'Neill.**

5    <u>Jury Trial Date</u>:   from April 12, 2010 to **September 27, 2010, 8:30 a.m., Ctrm. 4,**

6    **before District Judge Lawrence J. O'Neill.**

7    IT IS SO STIPULATED.

8    Dated:  September 3, 2009

9                                            <u>/s/ Patience Milrod        </u>
                                             PATIENCE MILROD
10                                           Attorney for Plaintiffs

11   Dated:  September 3, 2009               Weakley, Arendt & McGuire LLP
                                             Attorneys for Defendants
12

13                                           <u>/s/ Michael Linden            </u>
                                             By MICHAEL LINDEN
14

15

16   IT IS SO ORDERED.

17   Dated:  <u>September 8, 2009</u>        <u>       /s/ Sandra M. Snyder              </u>
                                             UNITED STATES MAGISTRATE JUDGE

*Stipulation re:  Modification of Scheduling Order*                                      3