James D. Weakley, Esq.     Bar No. 082853
Michael R. Linden, Esq.    Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for defendants COUNTY OF FRESNO, DEPUTY ROBERT CAREY, SERGEANT ERIC BROUGHTON, SERGEANT KATHY CARREIRO, and former SHERIFF RICHARD PIERCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE, et al.,<br><br>Defendants. | CASE NO.  1:07- CV- 01467- LJO - SMS<br><br>**STIPULATION AND ORDER RE. MODIFICATION OF SCHEDULING ORDER** |

Plaintiffs TERRY HILLBLOM, SANDRA HILLBLOM, and MICHAEL L., a minor, by and through his guardians ad litem TERRY HILLBLOM and SANDRA HILLBLOM ("Plaintiffs") and defendants COUNTY OF FRESNO, DEPUTY ROBERT CAREY, SERGEANT ERIC BROUGHTON, SERGEANT KATHY CARREIRO, and former SHERIFF RICHARD PIERCE ("Defendants") hereby stipulate to the following modification of the operative scheduling order. As set forth in the accompanying declaration of Defendants' counsel, good cause exists to modify the current scheduling order. The parties have been involved with a lengthy dispute related to Plaintiffs' interrogatories and requests for production of documents, and the matter has only recently come to some resolution. Plaintiffs have noticed the depositions of several persons

employed with the County of Fresno. However, the schedule of Defendants' counsel has significantly limited counsel's ability to adequately prepare for these depositions.

Therefore, the parties request that the Court issue an Order making the following changes to the Scheduling Order in this case:

<u>Expert Disclosure</u>: from January 15, 2010 to **March 19, 2010**.

<u>Supplemental Expert Disclosure</u>: from February 5, 2010 to **April 2, 2010**.

<u>Non-expert Discovery Cut-off</u>: from January 16, 2010 to **March 19, 2010**.

<u>Expert Discovery Cut-off</u>: from March 15, 2009 to **April 16, 2010**.

<u>Non-Dispositive Motion Filing Deadline</u>: from April 6, 2010 to **April 23, 2010**.

<u>Dispositive Motion Filing Deadline</u>: from May 4, 2010 to **May 11, 2010**.

<u>Pre-trial Motion Hearing Deadline</u>: from June 7, 2010 to **June 14, 2010**.

All other dates in the operative scheduling order will remain in effect.

**IT IS SO STIPULATED.**

DATED: December 2, 2009

By: /s/ Patience Milrod
Patience Milrod
Attorney for Plaintiffs

DATED: December 2, 2009

WEAKLEY, ARENDT & McGUIRE, LLP

By: /s/ James D. Weakley
James D. Weakley
Attorney for Defendants

**IT IS SO ORDERED.**

Dated:   **December 8, 2009**        /s/ Sandra M. Snyder
                    **UNITED STATES MAGISTRATE JUDGE**

2