Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM )<br>and C. MICHAEL L., a minor, by and )<br>and through his guardians ad litem, TERRY)<br>and SANDRA HILLBLOM, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTY OF FRESNO; FRESNO COUNTY)<br>SHERIFF'S DEPARTMENT; FRESNO )<br>COUNTY DEPUTY SHERIFF ROBERT )<br>CAREY; FRESNO COUNTY SHERIFF'S )<br>SERGEANTS KATHY CARREIRO and )<br>E. BROUGHTON; and DOES 1 through 50. )<br>)<br>Defendants. )<br>) | No.  1:07-CV-01467 LJO SMS<br><br>STIPULATION AND<br>ORDER RE:<br>MODIFICATION OF<br>SCHEDULING ORDER |

Plaintiffs TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM ("Plaintiffs") and defendants COUNTY OF FRESNO, RICHARD

*Stipulation re:  Modification of Scheduling Order*                                                                *1*

PDF created with pdfFactory trial version www.pdffactory.com

1   PIERCE, ROBERT CAREY, KATHY CARREIRO, and ERIC BROUGHTON

2   ("Defendants") hereby stipulate to the following modification of the current

3   scheduling order.  As set forth in the accompanying declaration of plaintiffs'

4   counsel, good cause exists to modify the current scheduling order:  the parties

5   have agreed to mediate the case in April or May, and have agreed to defer

6   Plaintiffs' numerous depositions of defendants and Persons Most Knowledgeable

7   until after the mediation if the Court is willing to amend the Scheduling Order.

8          Therefore, the parties request the Court issue an Order making the

9   following changes to the Scheduling Order in this case:

10      <u>Expert Disclosure</u>:  from January 15, 2010 to May 17, 2010

11      <u>Supplemental Expert Disclosure</u>:  from February 5, 2010 to June 7, 2010

12      <u>Nonexpert Discovery Cutoff</u>:  from January 16, 2010 to May 17, 2010

13      <u>Expert Discovery Cutoff</u>:  from March 15, 2010 to July 15, 2010

14      <u>Pretrial Non-Dispositive Motion Filing Deadline</u>:  from April 6, 2010 to August

15      6, 2010

16      <u>Pretrial Dispositive Motion Filing Deadline</u>:  from May 4, 2010

17      to September 6, 2010

18      <u>Pretrial Motion Hearing Deadline</u>:  from June 7, 2010 to October 7, 2010

19      <u>Settlement Conference</u>:  from July 7, 2010 to November 3, 2010 10:30 a.m. in

20  Courtroom #7 before Judge Snyder.  (parties had requested Nov. 4, 2010 – the

21  Court is unavailable).

22

*Stipulation re:  Modification of Scheduling Order*                                                    *2*

PDF created with pdfFactory trial version www.pdffactory.com

1     <u>Pretrial Conference</u>: from August 2, 2010 to December 2, 2010 at 8:30 a.m. in

2 Courtroom #4 before Judge O'Neill.

3

4     <u>Jury Trial Date</u>: from September 28, 2010 to February 14, 2011 at 8:30 a.m. in

5 Courtroom #4 before Judge O'Neill.

6

7 IT IS SO STIPULATED.

8     Dated:  March 9, 2010

9                                         /s/ Patience Milrod
                                          PATIENCE MILROD
10                                           Attorney for Plaintiffs

11     Dated:  March 9, 2010         Weakley, Arendt & McGuire LLP
12                                           Attorneys for Defendants

13
                                          /s/Michael Linden
14                                           By MICHAEL LINDEN

15

16 IT IS SO ORDERED.

17 Dated:  April 5, 2010                    /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

*Stipulation re:  Modification of Scheduling Order*                *3*

PDF created with pdfFactory trial version www.pdffactory.com