Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and C. MICHAEL L., a minor, by and and through his guardians ad litem, TERRY and SANDRA HILLBLOM,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF'S DEPARTMENT; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON; and DOES 1 through 50.<br><br>Defendants. | No.  1:07-CV-01467 LJO SMS<br><br>STIPULATION AND ORDER RE: MODIFICATION OF SCHEDULING ORDER |

     Plaintiffs TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM ("Plaintiffs") and defendants COUNTY OF FRESNO, RICHARD PIERCE,

*Stipulation re:  Modification of Scheduling Order*                                                                          *1*

PDF created with pdfFactory trial version www.pdffactory.com

1  ROBERT CAREY, KATHY CARREIRO, and ERIC BROUGHTON ("Defendants")
2  hereby stipulate to the following modification of the current scheduling order.
3       On March 9, 2010 the parties entered into a stipulation to amend the entire
4  scheduling order in order to participate in mediation, expecting the mediation to
5  take place in April.  Such a schedule would have allowed the parties sufficient
6  time to take additional depositions, avoiding expenditure of attorneys' fees and
7  costs if the mediation were successful.  However, due to conflicting schedules, the
8  mediation could not take place until May 10, 2010; even though this date would
9  not allow time for depositions, the parties held off seeking another amendment of
10 the scheduling order until we learned the outcome of the mediation.
11      The parties unsuccessfully mediated the case on May 10, 2010.  They therefore
12 now seek an amended scheduling order so that parties may now take the
13 depositions they had deferred pending mediation.  <u>This stipulation does not
14 request an order changing any hearing dates, or the trial date</u>.
15       Therefore, the parties request the Court issue an Order making the
16 following changes to the Scheduling Order in this case:
17      <u>Expert Disclosure</u>:  from May 17, 2010 to June 15, 2010
18      <u>Supplemental Expert Disclosure</u>:  from June 7, 2010 to July 15, 2010
19      <u>Nonexpert Discovery Cutoff</u>:  from May 17, 2010 to August 1, 2010
20      <u>Expert Discovery Cutoff</u>:  from July 15, 2010 to August 1, 2010
21
22 IT IS SO STIPULATED.

*Stipulation re:  Modification of Scheduling Order*                                                           *2*

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated:  May 11, 2010

2  /s/ Patience Milrod
   PATIENCE MILROD
3  Attorney for Plaintiffs

4  Dated:  May 11, 2010          Weakley, Arendt & McGuire LLP
                                 Attorneys for Defendants
5

6
                                 /s/ Michael Linden
7                                By MICHAEL LINDEN

8

9  IT IS SO ORDERED.

10 Note:  Any hearing dates, pre-trial or trial dates may <u>only</u> be

11 Amended by Judge O'Neill and only upon a showing of good cause.

12 Dated:   5/18/2000           /s/ Sandra M. Snyder
                                HON. SANDRA SYNDER
13                              Judge of the District Court

14

15

16

17

18

19

20

21

22

*Stipulation re:  Modification of Scheduling Order*                              *3*

PDF created with pdfFactory trial version www.pdffactory.com