1  James D. Weakley, Esq.        Bar No. 082853
   Michael R. Linden, Esq.       Bar No. 192485
2
   WEAKLEY, ARENDT & McGUIRE, LLP
3     1630 East Shaw Avenue, Suite 176
      Fresno, California  93710
4     Telephone: (559) 221-5256
      Facsimile:  (559) 221-5262
5
6  Attorneys for defendants COUNTY OF FRESNO, DEPUTY ROBERT CAREY, SERGEANT
   ERIC BROUGHTON, SERGEANT KATHY CARREIRO, and former SHERIFF RICHARD
7  PIERCE
8
9                    UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF CALIFORNIA, FRESNO
11
12 TERRY HILLBLOM, SANDRA          ) CASE NO.  1:07- CV- 01467- LJO - SMS
   HILLBLOM and MICHAEL L., a minor, by )
   and through his guardians ad litem, TERRY )
13 AND SANDRA HILLBLOM,           ) **STIPULATION AND ORDER RE**
                                   ) **MODIFICATION OF SCHEDULING**
14              Plaintiffs.        ) **ORDER**
                                   )
15          v.                     )
                                   )
16 COUNTY OF FRESNO; former FRESNO )
   COUNTY SHERIFF RICHARD PIERCE, et )
17 al.,                            )
                                   )
18              Defendants.        )
                                   )
19 _____ )
20         Plaintiffs TERRY HILLBLOM, SANDRA HILLBLOM, and MICHAEL L., a minor, by and

21 through his guardians ad litem TERRY HILLBLOM and SANDRA HILLBLOM ("Plaintiffs") and

22 defendants  COUNTY  OF  FRESNO,  DEPUTY  ROBERT  CAREY,  SERGEANT  ERIC

23 BROUGHTON, SERGEANT KATHY CARREIRO, and former SHERIFF RICHARD PIERCE

24 ("Defendants") hereby stipulate to the following modification of the operative scheduling order.

25 As set forth in the accompanying declaration of Defendants' counsel, good cause exists to modify

26 the current scheduling order.

27         On May 10, 2010, the parties went to mediation in an effort to resolve the case.

28 However, the efforts were unsuccessful. *Declaration of Michael R. Linden ("Linden Decl."), para.*

_____
Stipulation and Order Re Modification of
Scheduling Order

1    *2.*  On May 21, 2010, the scheduling order modified, pursuant to the parties' stipulation, to allow

2    for additional non-expert discovery  until August 1, 2010.  *Doc. No. 74.*  However, the last day to

3    disclose expert witnesses, pursuant to Rule 26 of the Federal Rules of Civil Procedure, was set for

4    June 15, 2010.  Id.  While this may have been an oversight on the part of counsel, good cause exists

5    for a modification to the scheduling order to correct what appears to have been an oversight by

6    counsel, and to avoid possible complications.  *Linden Decl*., para. 3.

7        On May 28, 2010, Plaintiffs' counsel contacted Defendants' counsel to clear dates in June

8    for the depositions of defendant Sergeants Eric Broughton and Kathy Carreiro, as well as persons

9    most knowledgeable from the Sheriff's Department concerning training and supervision.  *Linden*

10   *Decl*., para. 4.  However, the parties and witnesses are still working out the scheduling for these

11   depositions.  *Id*.

12       Also, Plaintiffs have made efforts to obtain, via subpoena, the personnel records of

13   defendant Deputy Robert Carey from the Kerman Police Department.  *Linden Decl*., para. 5.  The

14   parties have only recently reached a tentative agreement to have the documents produced, subject

15   to a protective order.  *Id*.  In addition, an internal affairs investigation related to Deputy Robert

16   Carey is still under review by Magistrate Judge Sandra Snyder.  *Linden Decl*., para. 6.

17       The parties submit the Rule 26 expert disclosure date has become problematic, and that

18   good cause exists for a modification of the scheduling order.  *Linden Decl*., para. 7.  If the parties'

19   experts are required to submit Rule 26 reports prior to the close of non-expert discovery, their

20   opinions will not be based on all of the relevant discovery in this case.  *Id*.  Therefore, rather than

21   to have an expert's Rule 26 report subject to a considerable amount of additional discovery, the

22   parties herein submit that good cause exists to modify the existing scheduling order to allow for

23   non-expert discovery to be completed prior to the service of the Rule 26 reports.  *Id*.

24       Based on the foregoing, the parties request that the Court issue an Order making the

25   following changes to the Scheduling Order in this case:

26   ///

27   ///

28   ///

_____

Stipulation and Order Re Modification of
Scheduling Order

1     <u>Expert Disclosure</u>: from June 15, 2010 to **August 13, 2010**.

2     <u>Supplemental Expert Disclosure</u>: from July 15, 2010 to **August 20, 2010**.

3     <u>Expert Discovery Cut-off</u>: from August 1, 2010 to **September 3, 2010**.

4     <u>Non-Dispositive Motion Filing Deadline</u>: from August 6, 2010 to **September 10, 2010**.

5     <u>Dispositive Motion Filing Deadline</u>: from September 6, 2010 to **September 24, 2010**.

6     <u>Pre-trial Motion Hearing Deadline</u>: from October 7, 2010 to **November 5, 2010**.

7     <u>Settlement Conference</u>: from November 3, 2010 to **November 17, 2010** at 10:30 a.m. before

8 Judge Snyder in Courtroom #7..

9     All other dates in the operative scheduling order will remain in effect.

10

11 **IT IS SO STIPULATED.**

12

13 DATED: June 8, 2010

14                      By:   <u>/s/ Patience Milrod</u>

15                            Patience Milrod
                              Attorney for Plaintiffs

16

17 DATED: June 8, 2010
                        WEAKLEY, ARENDT & McGUIRE, LLP

18

19                      By:   <u>/s/ Michael R. Linden</u>
                              James D. Weakley

20                            Michael R. Linden
                              Attorneys for Defendants

21

22 The stipulated pre-trial motion hearing deadline is deleted from the following order of the Court.

23 Counsel are once again reminded: the pre-trial conference of 12/2/10 and the Trial date of 2/14/11
   are **<u>firm.</u>**

24

25 IT IS SO ORDERED.

26 **Dated:**   <u>**June 11, 2010**</u>            <u>**/s/ Sandra M. Snyder**</u>
                                   UNITED STATES MAGISTRATE JUDGE

27

28