James J. Arendt, Esq.         Bar No. 142937
Michael R. Linden, Esq.       Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for defendants COUNTY OF FRESNO, DEPUTY ROBERT CAREY, SERGEANT ERIC BROUGHTON, and SERGEANT KATHY CARREIRO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM,<br><br>       Plaintiffs.<br><br>       v.<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE, et al.,<br><br>       Defendants. | CASE NO.  1:07-cv-01467-LJO-SMS<br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY and SANDRA HILLBLOM, and defendants COUNTY OF FRESNO, DEPUTY ROBERT CAREY, SERGEANT ERIC BROUGHTON, and SERGEANT KATHY CARREIRO, through their attorneys of record, hereby jointly request and stipulate to dismissal of defendant

///

///

///

---

Stipulated Dismissal and (Proposed) Order

SERGEANT KATHY CARREIRO only, with prejudice, all parties to bear their own costs and attorney's fees.

DATED: August 26, 2010

                                          WEAKLEY, ARENDT & McGUIRE, LLP

By:   /s/ James J. Arendt
       James J. Arendt
       Attorney for Defendants

DATED: August 26, 2010

                                          LAW OFFICE OF PATIENCE MILROD

By:   /s/ Patience Milrod
       Patience Milrod
       Attorney for Plaintiffs

**ORDER**

This Court DISMISSES with prejudice defendant Sergeant Kathy Carriero only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   August 30, 2010**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE