James J. Arendt, Esq.          Bar No. 142937
Michael R. Linden, Esq.        Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for defendants COUNTY OF FRESNO, DEPUTY ROBERT CAREY, SERGEANT ERIC BROUGHTON, and SERGEANT KATHY CARREIRO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM,<br><br>Plaintiffs.<br><br>v.<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE, et al.,<br><br>Defendants. | CASE NO.  1:07-cv-01467-LJO-SMS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUTOFF AND DISPOSITIVE MOTION FILING DEADLINE** |

Plaintiffs TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM ("Plaintiffs"), and defendants COUNTY OF FRESNO, DEPUTY ROBERT CAREY, SERGEANT ERIC BROUGHTON, and SERGEANT KATHY CARREIRO ("Defendants"), hereby stipulate to the following modification of the operative scheduling order.  As set forth in the accompanying declaration of Defendants' counsel, good cause exists to modify the current scheduling order.

On August 2, 2010, the Court granted the parties' proposed order extending the non-expert discovery cutoff to and through September 5, 2010.  Due to unanticipated difficulties scheduling depositions of defendants and associated parties, the last of the non-expert depositions will be taken

---

Stipulation and [Proposed] Order

on September 2, 2010. The court reporters have begun to produce the deposition transcripts; the last of them will not be available without extraordinary additional expense, until September 16, 2010.

Each side has timely designated one expert. The experts will need to review the witnesses' deposition transcripts, and prepare supplemental reports, prior to either side taking expert depositions. The current expert discovery cutoff date is September 3, 2010; the parties cannot adequately meet that date for the reasons described herein.

The parties therefore hereby stipulate to and request an Order extending the expert discovery date from September 3, 2010, to October 1, 2010.

Additionally, the current dispositive motion filing deadline is September 24, 2010. So that expert discovery can be conducted prior to the dispositive motion filing deadline, the parties hereby stipulate to and request an Order extending the dispositive motion filing deadline to October 15, 2010, and the pre-trial motion hearing deadline to November 29, 2010.

**IT IS SO STIPULATED**.

DATED: August 26, 2010

        WEAKLEY, ARENDT & McGUIRE, LLP

By:   /s/ James J. Arendt
      James J. Arendt
      Attorney for Defendants

DATED: August 26, 2010

        LAW OFFICE OF PATIENCE MILROD

By:   /s/ Patience Milrod
      Patience Milrod
      Attorney for Plaintiffs

///
///
///
///

Stipulation and [Proposed] Order     2

# DECLARATION OF JAMES J. ARENDT

I, James J. Arendt, declare as follows:

1. I am an attorney at law, duly licensed to practice before the courts in the State of California and the United States District Court for the Eastern District of California. I am a partner in the law firm of Weakley, Arendt & McGuire, LLP, the attorneys of record for Defendants. As such, I have personal knowledge of the matters set forth herein, except those matters stated on information and belief, and would so testify.

2. This declaration is made in support of the parties' stipulation and proposed order to extend the expert discovery cutoff, and deadlines for filing dispositive motions and hearings on said motions.

3. On August 2, 2010, the Court granted the parties' proposed order extending the non-expert discovery cutoff to and through September 5, 2010. Due to unanticipated difficulties scheduling depositions of defendants and associated parties, the last of the non-expert depositions will be taken on September 2, 2010. The court reporters have begun to produce the deposition transcripts; the last of them will not be available without extraordinary additional expense, until September 16, 2010.

4. Each side has timely designated one expert. The experts will need to review the witnesses' deposition transcripts, and prepare supplemental reports, prior to either side taking expert depositions. The current expert discovery cutoff date is September 3, 2010; the parties cannot adequately meet that date for the reasons described herein.

5. Additionally, the current dispositive motion filing deadline is September 24, 2010. So that expert discovery can be conducted prior to the dispositive motion filing deadline, the parties hereby stipulate to and request an Order extending the dispositive motion filing deadline to October 15, 2010, and the pre-trial motion hearing deadline to November 29, 2010.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, and that this declaration was executed on August 26, 2010, at Fresno, California.

                                          /s/ James J. Arendt
                                          James J. Arendt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER ON STIPULATION**

The parties proposed motion dates would likely require a continuance of the December 2, 2010 pretrial conference, which this Court will not accept. As such, this Court EXTENDS only the expert discovery cutoff to October 1, 2010. All other dates remain firm.

IT IS SO ORDERED.

**Dated:**   **August 30, 2010**             /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE