IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HILLBLOOM, et al., | CASE NO. CV F 07-1467 LJO SMS |
| Plaintiffs, | **ORDER ON BRIEFING PAGE LIMITS**<br>(Doc. 102.) |
| vs. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

Defendants County of Fresno, Deputy Robert Carey, and Sergeant Eric Broughton seek leave to exceed this Court's briefing limits. This Court treats briefs in excess of page limits as a necessity, not a luxury to be taken lightly. This Court PERMITS defendants to file an opening summary judgment brief not to exceed 35 pages on the condition that such brief is **well-organized, clear and succinct and avoids unnecessary duplication**. All other briefing shall conform to the Standing Order page limitations of this Court, unless this Court orders otherwise.

In addition, this Court ORDERS the parties to provide courtesy copies of their papers to chambers.

Due to this Court's heavy caseload and its effect to hold to scheduled trial and related dates, the parties are encouraged to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:   September 22, 2010**          /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE

2