```
James J. Arendt, Esq.        Bar No. 142937
Valerie J. Velasco, Esq.     Bar No. 267141

WEAKLEY, ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
       Fresno, California  93710
       Telephone: (559) 221-5256
       Facsimile:  (559) 221-5262
```

Attorneys for defendants COUNTY OF FRESNO, DEPUTY ROBERT CAREY and SERGEANT ERIC BROUGHTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM,<br><br>    Plaintiffs.<br><br>        v.<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE, et al.,<br><br>    Defendants. | CASE NO. 1:07-cv-01467-LJO-SMS<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY CUTOFF** |

Plaintiffs TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM ("Plaintiffs"), and defendants COUNTY OF FRESNO, DEPUTY ROBERT CAREY and SERGEANT ERIC BROUGHTON ("Defendants"), hereby stipulate to the following modification of the operative scheduling order:

The current date for the expert discovery deadline is October 1, 2010. However, due to scheduling difficulties, the deposition of plaintiffs' designated expert, Roger Clark, could not be set until October 4, 2010.

///

///

Stipulation and [Proposed] Order

The parties therefore hereby stipulate to and request an Order extending the expert discovery date from October 1, 2010, to October 4, 2010, for the limited purpose of taking the deposition of Mr. Clark.

**IT IS SO STIPULATED**.

DATED: September 30, 2010

WEAKLEY, ARENDT & McGUIRE, LLP

By:  /s/ James J. Arendt
James J. Arendt
Attorney for Defendants

DATED: September 30, 2010

LAW OFFICE OF PATIENCE MILROD

By:  /s/ Patience Milrod
Patience Milrod
Attorney for Plaintiffs

**ORDER ON STIPULATION**

**IT IS HEREBY ORDERED** that the expert discovery cutoff date is hereby extended to October 4, 2010, for the limited purpose of taking the deposition of plaintiffs' designated expert, Roger Clark.

IT IS SO ORDERED.

**Dated:   October 1, 2010**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order          2