Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
Telephone: (559) 442-3111
Facsimile: (559) 442-3164

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM, and MICHAEL L., a minor, by and through his guardians ad litem, TERRY and SANDRA HILLBLOM,<br><br>  Plaintiffs,<br><br>  vs.<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON; and DOES 1 through 50.<br><br>  Defendants. | Case No.: 1:07-CV-01467-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME FOR FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ADJUDICATION OF CLAIMS, AND DEFENDANTS' REPLY, AND TO VACATE HEARING DATE; and ORDER**<br><br>DATE:  October 21, 2010<br>TIME:   8:30am<br>CTRM:  4<br>JUDGE: Honorable Lawrence J. O'Neill |

COME NOW the parties, and stipulate:

WHEREAS, due to unexpected serious family illness, plaintiffs' counsel will be unable to meet the deadline of October 7, 2010 for filing of their opposition to

*Stipulation to Extend Time for Filing of Pleadings re:  Motion for Summary Judgment/Adjudication of Claims; [Proposed] Order*    1

1   the Motion for Summary Judgment/Adjudication of Claims in this matter,

2   THEREFORE, the parties agree that plaintiffs' opposition to defendants'

3   Motion for Summary Judgment, or in the alternative, for Summary Adjudication

4   of Claims, will be filed and served no later than Tuesday, October 12, 2010.  Any

5   pleadings attaching matters covered by any Protective Order will be filed

6   according to this Court's Rules applicable to sealing of documents; all such

7   pleadings will be personally served on defendants' counsel on October 12, 2010.

8   The defendants' reply to plaintiffs' opposition will be filed and served no

9   later than Friday, October 22, 2010.  Any pleadings attaching matters covered by

10  any Protective Order will be personally served on plaintiffs' counsel on October

11  22, 2010.

12  The hearing now set for October 21, 2010 will be vacated, unless the Court

13  re-sets it.

14  IT IS SO STIPULATED.

15  Dated:  October 7, 2010

16                                          /s/ Patience Milrod
                                            PATIENCE MILROD
17                                          Attorney for Plaintiffs

18  Dated:  October 7, 2010                 WEAKLEY, ARENDT & MCGUIRE, LLP
                                            Attorneys for Defendants
19
                                            /s/ James J. Arendt
20                                          JAMES J. ARENDT

21

22

*Stipulation to Extend Time for Filing of Pleadings re:  Motion for Summary Judgment/Adjudication of Claims; [Proposed] Order*                                          2

**ORDER**

Having reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED

Plaintiffs' opposition to defendants' Motion for Summary Judgment, or in the alternative, for Summary Adjudication of Claims, will be filed and served no later than Tuesday, October 12, 2010.  Any pleadings attaching matters covered by any Protective Order and filed with a request to seal pursuant to this Court's Rules applicable to sealing of documents will be personally served on defendants' counsel on October 12, 2010.

The defendants' reply to plaintiffs' opposition will be filed and served no later than Friday, October 22, 2010.  Any pleadings attaching matters covered by any Protective Order and filed with a request to seal pursuant to this Court's Rules applicable to sealing of documents will be personally served on plaintiffs' counsel on October 22, 2010.

The hearing now set for October 21, 2010 will be vacated, unless the Court re-sets it.  This Court ORDERS the parties to provide courtesy copies of all their papers to chambers.

IT IS SO ORDERED.
Dated: October 8, 2010                              /s/ Lawrence J. O'Neill____
                                                                    Hon. LAWRENCE J. O'NEILL
                                                                    Judge of the District Court