Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111
559/442-3164 fax

Sara Hedgpeth-Harris
Law Office of Sara Hedgpeth-Harris
1204 W. Shaw Avenue, Suite 102
Fresno, California 93711
559/283-8780
559/478-5073

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM, and MICHAEL L., a minor, by and through his guardians ad litem, TERRY and SANDRA HILLBLOM<br><br>Plaintiffs,<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE; FRESNO COUNTY DEPUTY SHERIFF ROBERT CAREY; FRESNO COUNTY SHERIFF'S SERGEANTS KATHY CARREIRO and E. BROUGHTON; and DOES 1 through 50.<br><br><u>Defendants.</u> | No. 1:07-cv-01467-LJO-SMS<br><br>**STIPULATION FOR ORDER PERMITTING PLAINTIFFS TO FILE AMENDED BRIEF**<br><br>The Honorable Lawrence J. O'Neill<br><br>Trial Date: February 14, 2011 |

Come now the parties and stipulate and agree as follows:

Whereas, due to miscommunication between the attorneys for plaintiffs, section E of plaintiffs' points and authorities in opposition to the defendants' motion for summary

*Stipulation and [Proposed] Order permitting plaintiffs to file Amended points and authorities in opposition to defendants' motion for summary judgment and/or summary adjudication of claims*                  1

judgment and/or summary adjudication of claims was the draft rather than final version of the language plaintiffs had intended to file.

Therefore, the parties stipulate to an order permitting plaintiffs to file amended points and authorities in opposition to the defendants' motion for summary judgment.

IT IS SO STIPULATED.

Dated:  October 13, 2010

/s/ Patience Milrod
PATIENCE MILROD
Attorney for Plaintiffs

Dated:  October 13, 2010	WEAKLEY, ARENDT & McGUIRE
Attorneys for Defendants

/s/ James Arendt
By JAMES ARENDT

### ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that plaintiffs be permitted to file amended points and authorities in opposition to defendants' motion for summary judgment and/or summary adjudication of claims.  Plaintiffs are ordered to indicate any changes from the original brief by the use of **bolded** font, except for changes in page numbers in the table of contents and table of authorities.

IT IS SO ORDERED.

Dated: October 13, 2010	/s/ Lawrence J. O'Neill
HON. LAWRENCE J. O'NEILL
Judge of the District Court

*Stipulation and [Proposed] Order permitting plaintiffs to file Amended points and authorities in opposition to defendants' motion for summary judgment and/or summary adjudication of claims	2*