James D. Weakley, Esq.          Bar No. 082853
James J. Arendt, Esq.            Bar No. 142937

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for defendants COUNTY OF FRESNO, RICHARD PIERCE, DEPUTY ROBERT CAREY, SERGEANT ERIC BROUGHTON, and SERGEANT KATHY CARREIRO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL L., a minor, by and through his guardians ad litem, TERRY AND SANDRA HILLBLOM,<br><br>     Plaintiffs,<br><br>     v.<br><br>COUNTY OF FRESNO; former FRESNO COUNTY SHERIFF RICHARD PIERCE, et al.,<br><br>     Defendants. | CASE NO.  1:07-cv-01467-LJO-SMS<br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs TERRY HILLBLOM, SANDRA HILLBLOM and MICHAEL LEON ("Plaintiffs"), and Defendants COUNTY OF FRESNO, former FRESNO COUNTY SHERIFF RICHARD PIERCE, FRESNO COUNTY SHERIFF'S DEPUTY ROBERT CAREY, FRESNO COUNTY SHERIFF'S SERGEANT ERIC BROUGHTON, and FRESNO COUNTY SHERIFF'S SERGEANT KATHY CARREIRO ("Defendants"), through their attorneys of record, hereby jointly request and stipulate

Stipulation and [Proposed] Order

to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorney's fees.[1]

**IT IS SO STIPULATED**.

DATED: October 20, 2011

                                            WEAKLEY & ARENDT, LLP

                                    By:   /s/ James J. Arendt
                                                    James J. Arendt
                                                    Attorney for Defendants

DATED: October 20, 2011

                                            LAW OFFICE OF PATIENCE MILROD

                                    By:   /s/ Patience Milrod
                                                   Patience Milrod
                                                   Attorney for Plaintiffs

IT IS SO ORDERED.

**Dated:   October 21, 2011**                **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE

---

[1] At the time this lawsuit was filed, Plaintiff Michael Leon was a minor. He is now an adult and no longer requires a guardian ad litem or court approval for settlement.

Stipulation and [Proposed] Order                    2